UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TBF FINANCIAL, LLC, an Illinois
limited liability company,

       Plaintiff,                                  Case No. 13-13636

                                              Paul D. Borman
v.                                             United States District Judge

ABRAHAM MANOR, LLC, a Michigan
limited liability company, and
DONALD J. ABRAHAM, an individual,
jointly and severally,

       Defendants.
_____/

ORDER TO PLAINTIFF TO DEMONSTRATE DIVERSITY OF CITIZENSHIP

The Court has reviewed Plaintiff's Complaint and finds that there is a question as to whether this Court has subject matter diversity jurisdiction over this action. Plaintiff alleges that jurisdiction over this matter "properly rests with this Court pursuant to 28 U.S.C. § 1332(a)(1)," based upon the amount in controversy and the diverse citizenship of the parties. (Compl. ¶ 5.) The party invoking the federal court's jurisdiction "has the burden of demonstrating by competent proof that the complete-diversity and amount-in-controversy requirements are met." *Cleveland Housing Renewal Project v. Deutsche Bank Trust Co.*, 621 F.3d 554, 559 (6th Cir. 2010). For purposes of establishing diversity jurisdiction pursuant to 28 U.S.C. § 1332, a limited liability company has the citizenship of each of its members. *See Delay v. Rosenthal Collins Group, LLC,* 585 F.3d 1003, 1005 (6th Cir. 2009) (holding that a limited liability company has the citizenship of each of its members).

The Court Orders the Plaintiff to submit to the Court, on or before September 13, 2013, the

identities of each of the members of Defendant Abraham Manor, LLC. In the event that any member identified is a partnership or a limited liability company, Plaintiff shall further identify the individual members of those entities.

IT IS SO ORDERED.

                                   s/Paul D. Borman
                                   PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

Dated: September 3, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 3, 2013.

                                   s/Deborah Tofil
                                   Case Manager